PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Jeremy Slagle Cr.: 16-0314(MCA)
  PACTS #: 51150

Name of Sentencing Judicial Officer: U.S. DISTRICT JUDGE HENRY H. KENNEDY, JR.

Name of Assigned Judicial Officer: U.S. DISTRICT JUDGE MADELINE COX ARLEO

Date of Original Sentence: January 9, 2009

Original Offense: Transporting or Shipping Material Involving Child Pornography

Original Sentence: 84 months custody; 10 years supervision

Special Conditions: Mental health treatment; Polygraph testing; Computer search; Computer/internet access restrictions; Third party risk/employment restrictions; Sex offender treatment; Association restriction; Contract restriction; Employment restrictions; Possession of materials restriction; Sex offender registration; Telephone restrictions; Video recording device restrictions; Substance abuse treatment

Type of Supervision: Supervised Release Date Supervision Commenced: 07/02/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number Nature of Noncompliance

1 On September 11, 2020, the Individual Under Supervision submitted to a polygraph examination as directed by the U.S. Probation Office. Deception was indicated on the question regarding having unsupervised contact with a child under the age of 18. During subsequent interviews with the Individual Under Supervision, he adamantly denied any wrongdoing.

U.S. Probation Officer Action:
As a result of the failed polygraph examination, his sex offender treatment provider was notified and it was addressed.in sessions.  A second, more specific, polygraph examination regarding him having unsupervised contact with a child under the age of 18 was conducted on December 18, 2020, and no deception was indicated.

At this time, we are requesting that no formal Court action be taken. We will continue to monitor his progress through collateral contacts with family members, law enforcement and with his treatment provider, as well as frequent home inspections.

Prob 12A – page 2
Jeremy Slagle

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Susan Karlak*

By:   SUSAN KARLAK
Senior U.S. Probation Officer

/ sk

APPROVED:

*Suzanne Golda-Martinez*          01/04/2021
SUZANNE GOLDA-MARTINEZ          Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

_____
Signature of Judicial Officer

1/8/21
Date