UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                                          Date:  12/12/22

JUDGE:  HON. MADELINE COX ARLEO

COURT REPORTER: CHARLES MCGUIRE

DEPUTY CLERK: AMY ANDERSONN

Docket No. 16-CR-314(MCA)

Title of Case: U.S.A. v. JEREMY HOWARD SLAGLE

Appearances:    Dong Joo Lee AUSA, for the Government
                James Friedman, Esq., for the defendant SLAGLE
                Susan Karlak, Probation Officer

**Nature of Proceeding:**    **Oral Argument** (Via Zoom)

Defendant present.
COVID 19 Order filed.
Oral argument held on Motion for early termination of probation [4]
Ordered motion for early termination of probation [4] is denied.

Time Commenced 12:40 p.m.                    Time 1:00 p.m.

*Amy Andersonn*
Deputy Clerk