**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo, U.S.D.J. |
| | : | |
| v. | : | Crim. No. 16-314 |
| | : | |
| JEREMY SLAGLE | : | **ORDER** |

This matter having come before the Court upon Defendant's Motion for Early Termination of Supervised Release (*see* Dkt. No. 4); and the United States having responded to Defendant's motion (*see* Dkt. No. 6); and the Court having heard oral arguments; and for good cause shown,

It is on this 12th day of December 2022,

**ORDERED** that Defendant's Motion for Early Termination of Supervised Release at ECF no. 4 is **DENIED** without prejudice.

_____
HONORABLE MADELINE COX ARLEO
United States District Judge